IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:15-CV-180-D

| | |
|---|---|
| JOSEPH SLEDGE, JR., <br><br> Plaintiff, <br><br> v. <br><br> PHILLIP LITTLE, EARL STORMS, STEPHEN BUNN, PRENTIS BENSTON, JEFF SINGLETARY, HENRY POOLE, and JOHN DOE CORPORATION, <br><br> Defendants. | **ORDER** |

On April 27, 2016, defendant Henry Poole ("Poole") moved to dismiss plaintiff Joseph Sledge, Jr.'s ("Sledge") complaint [D.E. 47] and filed a memorandum in support [D.E. 48]. On May 23, 2016, Poole moved to stay discovery pending resolution of his motion to dismiss [D.E. 50]. On May 23, 2016, Sledge responded in opposition to Poole's motion to dismiss [D.E. 51]. On June 16, 2016, Sledge responded in opposition to Poole's motion to stay discovery [D.E. 54].

The court has reviewed the record under the governing standards. Poole's motion to dismiss lacks merit and is denied. See, e.g., Owens v. Balt. City State's Attorneys Office, 767 F.3d 379, 388–92, 395–401 (4th Cir. 2014); see also [D.E. 51]. Likewise Poole's motion to stay discovery lacks merit and is denied.

In sum, Poole's motion to dismiss [D.E. 47] and motion to stay [D.E. 50] are DENIED.

SO ORDERED. This 29 day of June 2016.

JAMES C. DEVER III
Chief United States District Judge