IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
File No. 7:15-cv-180-D

| | |
|---|---|
| JOSEPH SLEDGE, JR., <br><br> Plaintiff, <br><br> vs. <br><br> PHILLIP LITTLE, in his individual and official capacities; EARL STORMS, in his official capacity; STEPHEN BUNN, in his official capacity; PRENTIS BENSTON, in his official capacity; JEFF SINGLETARY, in his individual capacity; and JOHN DOE CORPORATION, in its capacity as Surety on the Official Bond of the Sheriff of Bladen County, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## ORDER

THIS MATTER coming upon plaintiff's Motion to Substitute RLI Insurance Company and Western Surety Company for Defendant John Doe Corporation, and it appearing that good cause exists;

IT IS ORDERED that plaintiff's Motion is GRANTED. RLI Insurance Company and Western Surety Company are hereby substituted as defendants in place of John Doe Corporation. Plaintiff shall effect service upon RLI Insurance Company and Western Surety Company.

SO ORDERED. This __31__ day of August 2017.

JAMES C. DEVER III
Chief United States District Judge